

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2015

No. 04-14-00483-CV

Rowland **MARTIN**, Jr.,
Appellant

v.

Edward L. **BRAVENEC** and 1216 West Ave., Inc.,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07644
Honorable Dick Alcala, Judge Presiding

# O R D E R

On April 23, 2015, appellant filed a motion for rehearing regarding this court's order dated April 16, 2015, and an advisory to the court. Appellant's motion is GRANTED IN PART. This court will consider the arguments that are properly briefed in the appellant's amended reply brief filed on April 7, 2015, in lieu of appellant's amended reply brief that was filed on April 6, 2015, and the reference to "CRT" in footnote 3 of appellant's amended reply brief is not required to be amended. This court will only consider evidence presented to the trial court and contained in the appellate record.

As noted in this court's April 16, 2015 order, this appeal is set for on briefs submission without oral argument. This court will not entertain any further motions or filings seeking to amend or expand the parties' briefs.

**PER CURIAM**

Attested to: _____
Keith E. Hottle
Clerk of Court